UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-62594-Civ-Brannon

ROBERTO GOMEZ, LUIS MALDONADO,
MIRIEL RODRIGUEZ, ORLANDO RODRIGUEZ,
and LARRY BUTLER,

    Plaintiffs,

vs.

STATEWIDE SAI, INC.,

    Defendant.
_____/

**FINAL JUDGMENT**

THIS CAUSE is before the Court following the Court's simultaneously-issued Order Granting Plaintiffs' Motion to Enforce Settlement Agreement and for Entry of Final Judgment ("Order"). Pursuant to Federal Rule of Civil Procedure 58, final judgment is hereby separately entered in favor of Plaintiffs and against Defendant Statewide SAI, Inc. in the total amount of SIXTY-SEVEN THOUSAND DOLLARS ($67,000.00), together with post-judgment interest as authorized by law. This Final Judgment incorporates all terms of the parties' Settlement Agreement and the Court retains jurisdiction to such terms. The entry of this Final Judgment does not preclude the entry of additional or amended judgments if further proceedings are necessary in connection with the Settlement Agreement. The Clerk of Court is directed to CLOSE this case.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 10th day of October, 2019.

                                                                                          DAVE LEE BRANNON
                                                                                          U.S. MAGISTRATE JUDGE